UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FLORIDA EAST COAST HOLDINGS
CORPORATION,

          Plaintiff,

v.                              CASE NO.  3:21-cv-00747-TJC-PDB

LEXINGTON INSURANCE COMPANY
d/b/a AMERICAN INTERNATIONAL
GROUP, INC., ASPEN SPECIALTY,
HOUSTON CASUALTY, ALLIED WORLD,
INDIAN HARBOR (XL), and IRONSHORE
SPECIALTY,

          Defendants.
_____/

## NOTICE OF APPEAL

Pursuant to 28 U.S.C. § 1291 and Fed. R. App. P. 3, Plaintiff Florida East Coast Holdings Corporation hereby gives notice of appeal to the United States Court of Appeals for the Eleventh Circuit from: (1) the Order granting Defendant's Motion for Summary Judgment and Denying Plaintiff's Motion for Summary Judgment (Dkt. 91), entered on February 7, 2024; (2) the Judgment in favor of Defendants (Dkt. 92), entered on February 8, 2024; and (3) the Order denying Plaintiff's timely Motion for Reconsideration (Dkt. 96), entered on April 9, 2024.

McGuireWoods LLP

*/s/ Thomas R. Brice*
Thomas R. Brice
Florida Bar No. 018139
Cameron G. Kynes
Florida Bar No. 116711
50 N. Laura St., Ste. 3300
Jacksonville, FL 32202
Tel: (904) 798-3411
Fax: (904) 798-3221
tbrice@mcguirewoods.com
ckynes@mcguirewoods.com

Scott C. Oostdyk (admitted *pro hac vice*)
McGuireWoods LLP
Gateway Plaza
800 East Canal Street
Richmond, VA  23219-3916
Tel: (804) 775.4743
soostdyk@mcguirewoods.com

*Attorneys and Trial Counsel for Plaintiff Florida East Coast Holdings Corporation*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 6, 2024, a true copy of the foregoing was filed with the Court using the CM/ECF system, which will send notice to the following:

Wendy Stein Fulton, Esq.
Brooke D. Oransky Turetzky, Esq.
MOUND COTTON WOLLAN & GREENGRASS LLP
110 East Broward Boulevard, Suite 610
Fort Lauderdale, FL 33301
wsteinfulton@moundcotton.com
pgoodman@moundcotton.com
bturetzky@moundcotton.com

Wayne R. Glaubinger, Esq.
Eric T. Krejci, Esq.
Scott J. Sheldon, Esq.
MOUND COTTON WOLLAN & GREENGRASS LLP
One New York Plaza, 44th Floor
New York, NY 10004
wglaubinger@moundcotton.com
ekrejci@moundcotton.com
ssheldon@moundcotton.com

*/s/ Thomas R. Brice*
Attorney